UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gilbert Maurice Goudreau</u>

    v.                          No. 06-fp-403

<u>George Nathaniel Washington</u>

## **<u>ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS</u>**

Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 06-cv-403-<u>SM</u>.

**SO ORDERED.**

                                                  /s/ James R. Muirhead
                                                James R. Muirhead
                                                United States Magistrate Judge

Date: December 5, 2006

cc:   Gilbert Maurice Goudreau, *pro se*