UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gilbert Maurice Goudreau</u>

         v.                          Case No.  06-cv-403-SM

<u>Col. George Nathaniel Washington</u>

O R D E R

    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 31, 2007, no objection having been filed, for the reasons set forth therein.   Plaintiff's complaint is hereby dismissed.

    SO ORDERED.

February  26, 2007

                                              Steven J. McAuliffe
                                              Chief Judge

cc:    Gilbert Maurice Goudreau, pro se